In the Matter of Proving the Will of JOHN C. LATHAM, Deceased.

ELSIE G. LATHAM, Individually and as Guardian of ALICE LATHAM, an Infant, Appellant; HARRY ALLEN, Respondent.

Reported below, 145 App. Div. 849.
(Argued November 20, 1911; decided November 28, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judi-

cial department, entered July 7, 1911, which reversed an order of the New York County Surrogate's Court sustaining objections to the granting of letters testamentary to the respondent herein, one of the executors named in the will of John C. Latham, deceased.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to review the order of reversal for the reason that it was not an order finally determining a special proceeding but was discretionary and that no question of law was involved.

*H. B. Walmsley* for motion.

*John Thomas Smith* opposed.

Motion denied, with ten dollars costs.